FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

THOMAS ANDREW WEBSTER,

Defendant.

No. 2:23-CR-00135-MKD

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

**ECF No. 44**

Before the Court is Defendant's Motion to Modify Conditions of Supervised Release, ECF No. 44. Defendant moves for a modification of his release conditions to allow out-of-state and international travel for work purposes. *Id.*

On February 28, 2024, Defendant pleaded guilty to one count of conspiracy to violate the anti-kickback statute in violation of 18 U.S.C. § 371 and 42 U.S.C. § 1320. ECF No. 16. On August 7, 2024, Defendant was sentenced to a term of twenty-four months imprisonment and three years supervised release. ECF No. 31. Defendant began his term of supervised release on November 17, 2025. ECF No. 44. As a condition of his release, Defendant may not "knowingly leave the federal judicial district where [he is] authorized to reside without first getting permission

from the court or the probation officer . . ." and is required to "work full time (at least 30 hours per week) at a lawful type of employment . . ." ECF No. 31 at 4. Defendant states that he has been offered a job that would require him to regularly travel out-of-state and internationally. Neither Defendant's probation officer nor the Government oppose the modification. *Id.*

The Court has considered the motion, reviewed the record, and is fully informed. Given the nature of Defendant's employment and consideration of the 18 U.S.C. § 3553(a) factors, the Court finds it appropriate to modify the conditions of Defendant's release. *See* 18 U.S.C. § 3583(e).

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Supervised Release, **ECF No. 44**, is **GRANTED**.

2. The Court **MODIFIES** Defendant's supervised release conditions to permit out-of-state and international travel for the purposes of his work. Such trips must be preapproved by the U.S. Probation Office.

3. All other conditions of supervised release, as set forth in the Judgment, **ECF No. 31**, remain in effect.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel and the United States Probation Office.

**DATED** October 19, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE